1052

[No. 74527-1-I.   Division One.   April 24, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. JOEY L. McFARLAND, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 15-1-00468-3, Bruce I. Weiss, J., entered December 28, 2015. *Affirmed* by unpublished opinion per Verellen, C.J., concurred in by Schindler and Leach, JJ.

[No. 74537-9-I.   Division One.   April 24, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. LATOUSHA RANEE YOUNG, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 15-1-02250-9, Thomas J. Wynne, J., entered December 23, 2016. *Affirmed* by unpublished opinion per Leach, J., concurred in by Verellen, C.J., and Schindler, J.

[No. 74549-2-I.   Division One.   April 24, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDREW JASON TROTMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 15-1-03113-5, Ronald Kessler, J., entered January 8, 2016. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Appelwick and Schindler, JJ.

[No. 74569-7-I.   Division One.   April 24, 2017.]

*In the Matter of the Marriage of* JOSEPHENE CHOI, *Respondent*, and NATHAN CHOI, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-3-08013-5, William L. Downing, J., entered January 13, 2016. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Appelwick and Dwyer, JJ.